Stephen C. Ruehmann (167533)
LAW OFFICES OF STEPHEN C. RUEHMANN
770 L Street, Suite 950
Sacramento, Ca. 95814
(916) 449-3939

LAW OFFICES OF MARC A. FISHER
Marc A. Fisher, Esq. (47794)
9580 Oak Avenue Parkway, #15
Folsom, CA 95630
(916) 988-8001

Attorneys for Plaintiffs
ANILECH SHARMA AND PARMA SHARMA

UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANILECH SHARMA AND PARMA SHARMA,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENT FUNDING ASSOCIATES, L.P., a California limited partnership; PREFERRED MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; MAX DEFAULT SERVICES CORPORATION, a California corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 3:09-CV-05968<br><br>STIPULATION and ORDER<br><br>Chief Hon. Vaughn R. Walker<br><br>ACTION FILED: December 21, 2009 |

- 1 -
STIPULATION

The undersigned Plaintiffs and Defendants hereby request and stipulate to continue and reset the Case Management Conference, currently set for April 1, 2010 to a date to be determined by the Court.

STIPULATED AND AGREED:

Dated: March 26, 2010

Stephen C. Ruehmann
Attorney for Plaintiffs

Dated: March 26, 2010

Darren J. Devlin
Attorney for Defendants Provident Funding Associates, L.P.; Mortgage Electronic Registration Systems, Inc.; Max Default Services Corp.

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for April 1, 2010 is vacated and reset to ___May 13___, 2010. at 3:30pm. The parties are directed to file a joint case management statement no later than May 6, 2010.

IT IS SO ORDERED.

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA