Stephen C. Ruehmann (167533)
LAW OFFICES OF STEPHEN C. RUEHMANN
770 L Street, Suite 950
Sacramento, Ca. 95814
(916) 449-3939

LAW OFFICES OF MARC A. FISHER
Marc A. Fisher, Esq. (47794)
9580 Oak Avenue Parkway, #15
Folsom, CA 95630
(916) 988-8001

Attorneys for Plaintiffs
ANILECH SHARMA AND PARMA SHARMA

UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANILECH SHARMA AND PARMA SHARMA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PROVIDENT FUNDING ASSOCIATES, L.P., a California limited partnership; PREFERRED MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; MAX DEFAULT SERVICES CORPORATION, a California corporation; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.: 3:09-CV-05968<br><br>STIPULATION and ORDER<br><br><br>Chief Hon. Vaughn R. Walker<br><br>ACTION FILED: December 21, 2009 |

- 1 -
STIPULATION

1  The undersigned Plaintiffs and Defendants hereby request and stipulate to continue and reset the
2  Case Management Conference, currently set for July 6, 2010 at 11:00 A.M. to August 26, 2010
3  at 3:30 P.M.  Plaintiffs counsel has another case that has the same hearing

5  STIPULATED AND AGREED:

6  Dated:  June 29, 2010                    /S/ Stephen C. Ruehmann

7                                                           Stephen C. Ruehmann
8                                                           Attorney for Plaintiffs

13  Dated: June 29, 2010                   Darren J. Devlin
                                                             Attorney for Defendants

15                                                           Provident Funding Associates, L.P.; Mortgage
                                                             Electronic Registration Systems, Inc.; Max
16                                                           Default Services Corp.

18  **ORDER**

19  IT IS HEREBY ORDERED that the Case Management Conference set for July 6, 2010 is
20  vacated and reset to August 26, 2010 at 3:30 P.M.

23                                IT IS SO ORDERED.

                                                     Judge Vaughn R Walker